IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NATHANIAL CONDON,

Defendant.

8:26CR41

NOTICE OF COMPLIANCE OF LOCAL
CRIMINAL RULE 16.1(a)

COMES NOW the Plaintiff, United States of America, by and through the undersigned

Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the

United States District Court for the District of Nebraska, hereby gives notice that discovery

material has been provided to the defendant in the above-captioned case.

DATED this 20th day of May 2026.

UNITED STATES OF AMERICA
Plaintiff

LESLEY A. WOODS
United States Attorney

*s/Mikala Purdy-Steenholdt*

By:    MIKALA PURDY-STEENHOLDT
NY#5112289
Assistant U.S. Attorney
1620 Dodge Street, #1400
Omaha, Nebraska 68102-1506
Tel:  (402) 661-3700
Fax:  (402) 345-5724
E-mail: Mikala.Purdy-
Steenholdt@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Karen Shanahan, attorney for Defendant.

s/Mikala Purdy-Steenholdt
MIKALA PURDY-STEENHOLDT
Assistant United States Attorney

2