IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NATHANIAL CONDON,

Defendant.

**8:26CR41**

**ORDER**

This matter is before the Court on the Unopposed Motion to Continue Trial (Filing No. 25). Counsel needs additional time to view discovery with the defendant. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 25) is granted as follows:

1. The jury trial now set for August 31, 2026, is continued to **November 2, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 2, 2026,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated the 25th day of August 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge